**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1618**

_____

SAMUEL L. SMITH,

Plaintiff - Appellant,

versus

NEW YORK TIMES COMPANY, a New York Corpora-
tion; THE SPARTANBURG HERALD-JOURNAL, a South
Carolina Corporation,

Defendants - Appellees,

and

MIKE TOWERY; EARL BARBER,

Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CA-94-2300-7-20AK)

_____

Submitted:  February 13, 1997      Decided:  February 25, 1997

_____

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel L. Smith, Appellant Pro Se. Paul Bernard Lindemann, JACK-SON, LEWIS, SCHNITZLER & KRUPMAN, Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. New York Times Co., No. CA-94-2300-7-20AK (D.S.C. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED